1  **BURSOR & FISHER, P.A.**
   L. Timothy Fisher (State Bar No. 191626)
2  1990 North California Blvd., Suite 940
3  Walnut Creek, CA 94596
   Telephone: (925) 300-4455
4  Facsimile: (925) 407-2700
   E-Mail:  ltfisher@bursor.com
5
6  **BURSOR & FISHER, P.A.**
   Scott A. Bursor (State Bar No. 276006)
7  2665 S. Bayshore Dr., Suite 220
   Miami, FL 33133-5402
8  Telephone: (305) 330-5512
   Facsimile: (305) 676-9006
9  E-Mail: scott@bursor.com

10 *Attorneys for Plaintiff*

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
9/30/2019

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERON COOK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WESTAMERICA BANK,<br><br>Defendant. | Case No.   4:19-cv-03594-YGR<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**   AND ORDER |

| | |
|---|---|
| 1 | Plaintiff Sheron Cook and Defendant Westamerica Bank, by and through their respective |
| 2 | attorneys, HEREBY STIPULATE AND AGREE, that pursuant to Federal Rule of Civil Procedure |
| 3 | 41(a)(1)(A)(ii), this entire action is dismissed in its entirety without prejudice as to Plaintiff's |
| 4 | individual claims against Westamerica Bank., and without prejudice as to the claims of the putative |
| 5 | class members. |

Dated: September 27, 2019      **BURSOR & FISHER, P.A.**

By:  /s/ *L. Timothy Fisher*
         L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
2665 S. Bayshore Dr., Suite 220
Miami, FL 33133-5402
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-Mail: scott@bursor.com

*Attorneys for Plaintiff*


By:  /s/ *Jeffrey A. Topor*
         Jeffrey A. Topor

TOMIO B. NARITA (SBN 156576)
tnarita@snllp.com
JEFFREY A. TOPOR (SBN 195545)
jtopor@snllp.com
MARGARET T. CARDASIS (SBN 322167)
mcardasis@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile: (415) 352-2625

*Attorneys for Defendant*

**FILER ATTESTATION**

    Pursuant to Civil Local Rule 5.1(i)(3), I, L. Timothy Fisher, attest under penalty of perjury that concurrence in the filing of this document has been obtained from all of the signatories.

By:   /s/ *L. Timothy Fisher*
       L. Timothy Fisher